UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL BRATHWAITE,<br><br>                              Plaintiff,<br><br>     -against-<br><br>DAVID BLUM (PUBLIC DEFENDERS),<br><br>                              Defendant. | 23-CV-1362 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 27, 2023
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                       Chief United States District Judge